**UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| Liberty Mutual Insurance Company, ) | |
| ) | |
| Plaintiff, ) | **ORDER OF DISMISSAL** |
| ) | |
| vs. ) | |
| ) | Case No. 4:06-cv-056 |
| Mandaree Public School District # 36, ) | |
| ) | |
| Defendant. ) | |

_____

Before the Court is a "Stipulation to Dismiss Without Prejudice" filed by the parties on January 9, 2008. The parties have agreed that the plaintiff's complaint against the defendant be dismissed without prejudice and without costs or disbursements to either party. The Court **ADOPTS** the parties' stipulation (Docket No. 46) and **ORDERS** that the case be dismissed without prejudice, and without costs or disbursements to either party.

Dated this 9th day of January, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court